### HAWES v. HAWES.

(Supreme Court, Appellate Division, First Department. January 17, 1913.)

EXECUTION (§ 410*)—SUPPLEMENTARY PROCEEDINGS—SALE OF STOCK.

An order directing a sale of certain stock of a judgment debtor should have directed a sale of the debtor's right, title, and interest in the stock.

[Ed. Note.—For other cases, see Execution, Cent. Dig. §§ 1180–1182; Dec. Dig. § 410.*]

Appeal from Special Term, New York County.

Action by Elmer E. Hawes, assignee, etc., against Isabella B. Hawes. From an order directing a sale of certain stock of the judgment debtor, defendant appeals. Modified and affirmed.

See, also, 138 N. Y. Supp. 1120.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Charles L. Craig, of New York City, for appellant.

John G. Pheil, of New York City, for respondent.

PER CURIAM. The order should be modified, by directing a sale of the right, title, and interest of the judgment debtor in the stock in question, and, as so modified, affirmed, without costs. Settle order on notice.